[No. 29894-9-III. Division Three. February 9, 2012.]

THE STATE OF WASHINGTON, *Petitioner*, v. JAMES L. COLBERT, *Respondent*.

 *Reversed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 63732-1-I. Division One. February 13, 2012.]

*In the Matter of the Detention of* RANDY TOWN, *Appellant*.

 *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65324-5-I. Division One. February 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL V. TOVAR, *Appellant*.

 *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Spearman, JJ.

[No. 65465-9-I. Division One. February 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON JACOB SPRING, *Appellant*.

 *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.